DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KATHI PRATT,

Appellant,

v.

HILLSBOROUGH COUNTY,

Appellee.

No. 2D2025-1269, 2D2025-1270
CONSOLIDATED

_____

September 26, 2025

Appeal from the County Court for Hillsborough County; Matthew A. Smith, Judge.

David P. Reiner, II, of Reiner & Reiner, P.A., Miami, for Appellant.

Ricardo T. Cox, Senior Assistant County Attorney, Office of the County Attorney, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.